# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2012

143996

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARQUIS DEANGELO NELSON,
      Defendant-Appellant.

SC: 143996
COA: 296932
Calhoun CC: 2009-001269-FH

_____/

On order of the Court, the application for leave to appeal the July 19, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals with respect to guidelines scoring of Offense Variable 1, MCL 777.31, and Offense Variable 13, MCL 777.43, for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Calhoun Circuit Court for resentencing. The circuit court shall apply the preponderance of the evidence standard to its scoring decisions, and any review by the Court of Appeals shall be for clear error. *People v Osantowski*, 481 Mich 103 (2008). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2012

_____
Clerk

y0314